No. 105. FIDELITY & DEPOSIT COMPANY OF MARYLAND *v.* STATE OF NORTH CAROLINA ON THE RELATION OF W. D. SMITH. Error to the Supreme Court of the State of North Carolina. Argued December 1, 1927. Decided December 5, 1927. *Per Curiam.* The writ of error is dismissed for want of a final judgment in the highest court of the State as required by § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), on the authority of *Haseltine* v. *Central Bank of Springfield (No. 1)*, 183 U. S. 130, 131; *Arnold* v. *United States,* 263 U. S. 427, 434. *Mr. H. G. Hudson,* with whom *Mr. Washington Bowie, Jr.,* was on the brief, for plaintiff in error. *Messrs. A. E. Holton* and *J. E. Alexander* were on the brief for defendant in error.

---

No. 109. S. S. KRESGE COMPANY *v.* CITY OF DAYTON, OHIO, AND GUSTAV A. NIEHUS, CHIEF INSPECTOR. Error to the Supreme Court of the State of Ohio. Argued December 2, 1927. Decided December 5, 1927. *Per Curiam.* Affirmed on the authority of *St. Louis Poster Advertising Company* v. *City of St. Louis,* 249 U. S. 269, 274; *Maguire* v. *Reardon,* 225 U. S. 271, 272; *Walls* v. *Midland Carbon Company,* 254 U. S. 300, 324. *Mr. J. B. Coolidge,* with whom *Mr. Lee Warren James* was on the brief, for plaintiff in error. *Mr. John B. Harshman* for defendants in error.